FILED

AO 241 (Rev. 09/17)

APR 15 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| | |
|---|---|
| United States District Court WESTERN | District: SAN ANTONIO |

| | |
|---|---|
| Name (under which you were convicted):<br><br>Antonio Andres Garcia TDCT #01052874 | Docket or Case No.:<br>2011002062<br>or<br>2008029379 |
| Place of Confinement :<br><br>TDCJ-ID COFFIELD UNIT | Prisoner No.:<br>TDCJ#<br>01052874<br>SID<br>05977762 |

| | |
|---|---|
| Petitioner (include the name under which you were convicted)<br><br>Antonio Andres Garcia | Respondent (authorized person having custody of petitioner)<br>v.<br>Disciplinary Dept- OF TDCJ |
| The Attorney General of the State of: TEXAS | |

SA24CA0392 JKP

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   TDCJ Disc. Dept. — TEXAS

   (b) Criminal docket or case number (if you know): 2011002062 or 2008029376

2. (a) Date of the judgment of conviction (if you know): Unknown

   (b) Date of sentencing: unknown

3. Length of sentence: 90 Days i believe plus lost of Good time/work time line class

4. In this case, were you convicted on more than one count or of more than one crime?    ☐ Yes    ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: possession of Achololic beverage

6. (a) What was your plea? (Check one)

   ☒ (1)    Not guilty          ☐ (3)    Nolo contendere (no contest)

   ☐ (2)    Guilty              ☐ (4)    Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☑ Judge only    TDCT Hearing OFFICER

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court: ___Disciplinary Procedure Step 1 Grievance Step 2 Grievance___

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised:

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result:

AO 241 (Rev. 09/17)

        (4) Date of result (if you know):

        (5) Citation to the case (if you know):

        (6) Grounds raised:


    (h) Did you file a petition for certiorari in the United States Supreme Court?    ❏ Yes    ☒ No

        If yes, answer the following:

        (1) Docket or case number (if you know):

        (2) Result:


        (3) Date of result (if you know):

        (4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ❏ Yes    ☒ No

11.    If your answer to Question 10 was "Yes," give the following information:

    (a)    (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):

        (4) Nature of the proceeding:

        (5) Grounds raised:


        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ❏ Yes    ❏ No

        (7) Result:

AO 241 (Rev. 09/17)

       (8) Date of result (if you know): _____

   (b) If you filed any second petition, application, or motion, give the same information:

       (1) Name of court: _____

       (2) Docket or case number (if you know): _____

       (3) Date of filing (if you know): _____

       (4) Nature of the proceeding: _____

       (5) Grounds raised:

_____

_____

_____

_____

_____

_____

_____

       (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

       ❏ Yes    ❏ No

       (7) Result: _____

       (8) Date of result (if you know): _____

   (c) If you filed any third petition, application, or motion, give the same information:

       (1) Name of court: _____

       (2) Docket or case number (if you know): _____

       (3) Date of filing (if you know): _____

       (4) Nature of the proceeding: _____

       (5) Grounds raised:

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes    ☐ No

(2) Second petition:    ☐ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____ no oTHer options _____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**    Cruel : unusual punishment _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

By Disciplinary DepT. Imposing Such A punishment For possession of Food is unlawful & unconst. I committed no wrong Aws being Down grADeD AND loss of comm. Rect. Ect For the punishment is cruel : unusual punishment For being in possession of Fruit.

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why:

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

_____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

ADMINISTrative

**GROUND TWO:** obtaining conviction under false / fraudulent claims

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Review All Documents and you'll clearly see Everyone to present can see the Same Thing. I Had Fruit. It does not Say bit smelled of Alcohol, taste, test positive For ETC. Just plain Fruit.
Thru out TDCJ policy changes due to court oversit State & Federal. Said Agency was instructed to Review All cases of The Same conviction And identify And correct Any Errors, notify inmate so inmate can take Action in Appeal or In Suit. Said Dept. Refused to Do So.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

If They Are not going to correct this under State & Federal court oversite, no point in bring it up & bringing hardship on myself.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?      ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:**     Refusing to Follow procedures

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Said supervisor at the time of cell search failed to write a witness statement, so did other officer. charging officer failed to follow procedures in confiscating property the bowl i. fruit. charging officer failed to verify if fruit is alcoholic beverage or not. Supervisor investigating charge failed to notify plaintiff of case or I would of asked them to do whatever tests needed to verify if their fruit is alcoholic beverage or not. Sub. Counsel something and to speak up on a defense for plaintiff. and hearing officer failed to review evidence or question officers to see if it smelled, tasted or tested for Alcoholic beverage. All staff in

Dept. Pretty much did the same.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ❏ Yes    ❏ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏ Yes    ❏ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ❏ Yes    ❏ No

(4) Did you appeal from the denial of your motion or petition?    ❏ Yes    ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❏ Yes    ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:  _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why:  _____

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❏  Yes     ❏  No

(2) If you did not raise this issue in your direct appeal, explain why:  _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏  Yes       ❏  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.  Please answer these additional questions about the petition you are filing:

(a)  Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☐ Yes   ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

_no other option other then Administratives._

(b)  Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14.  Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available.

15.  Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 241 (Rev. 09/17)

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:   unknown (sub. counsul)

(b) At arraignment and plea:   " "

(c) At trial:   " "

(d) At sentencing:   " " .

(e) On appeal:   given none

(f) In any post-conviction proceeding:   non other

(g) On appeal from any ruling against you in a post-conviction proceeding:   None

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

the year of final judgment hasnt been up yet Do to TDCT Disi. Dept. policy change which makes conviction invalid until they revise it is so. which they have And That year time hasnt added up to A year yet.

AO 241 (Rev. 09/17)

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

      (1)      A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

          (A)      the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

          (B)      the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

          (C)      the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

          (D)      the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Remove case from record and Reinstate all good time, work time, line class loss. As is if case never took place

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on March 30, 24 (month, date, year).

Executed (signed) on 3-20-24 (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____

Antonio A. Garcia
TDCJ # 01052874 CO
2661 FM 2054
Tennesse Colony TX 75884

U.S. Dist. Ct.
Western Dist.
262 W. Nueva Ste 1-400
S·A·T·X· 78207

March 31 2024

RE: TDCT·ID Disciplinary Case 20810020612 or 20030290376 - Possession

Enclosed is an Application For A Federal habeas Corpus, Application
For 1983 act litigation (Appeal) an IFP Application And Complaint, Step 7
Grievance And Step2. Appellant Desires This Court to Enact Jurisdiction
over This Case For Relief.

Respectfuly submitted,

Antonio A. Garcia

# IN THE U.S. DIST. CT. OF THE WESTERN
## DIST. OF THE SAN ANTONIO DIVISION
## OF TEXAS

| | | |
|---|---|---|
| Antonio Andres Garcia | V. | TDCT·ID· Disciplinary Dept. |
| TDCJ # 01052874 | V. | Possession charge/conviction |
| March 31 2024 | V. | CASE no. 20110020612 or 20030290376 |

Now comes Appellant in This Court to Envoke Jurisdiction of
This court in This Case. Appellant Files in This Court This date mentioned
Above This motion, Step 1 & 2 Grievance, 1983 Form, 2254 Application &
IFP Application. For A TDCJ-Disciplinary Case Wrote By A Female Officer on 2-13.
At McConnell. Against Appellant.

## Motion To File Appeal/Complaint,

In Accordance To Ct. Rules Appellant Moves This Court And Complies
With Filing Rules here within This motion.
— Jurisdiction — Appellant was convicted of a Federal charge of carjacking
in State court in Guadelupe Co. Dist. Ct. Cause no. 00-1450·CR in May 2001.
— Over —

AND HAS APPEALED TO FEDERAL JURISDICTION. SAID COURT AND CHARGE FALLS WITHIN THIS COURTS JURISDICTION.

— APPELLANT HAS FILED A PENDING SUIT AGAINST THE STATE THAT PERTAINS WITH CAUSE NO. OO-1450-CR SENTENCE IN 1983 ACTS RULES JURISDICTION.

— SAID STATE DEPT. IS IN THIS COURTS JURISDICTION FOR SEVERAL SUITS THAT HAVE BEEN FINAL AND SAFE TO SAY WILL BE IN AGAIN.

— DEPARTMENT APPELLANT IS IN CUSTODY OF IS WITHIN THIS CT. JURISDICTION.

— STATE AGENCY IS DEFINED AS THE GOV. THUS CONFLICT OF INTREST IN FURTHER DEALINGS WITH THE STATE. THUS FEDERAL JURISDICTION.

— LOCATION AND TIME OF CHARGE FALLS WITHIN FEDERAL JURISDICTION FOR SUITS FILED AGAINST DEPT.

— LOCATION OF CHARGE FALLS WITHIN FEDERAL JURISDICTION.

## TDCJ-ID DEPARTMENTS JURISDICTION

— APPELLANT FELL UNDER TDCJ JURISDICTION AND SAID DEPT. JURISDICTION WITHIN THIS COURTS JURISDICTION AT BEXAR COUNTY JAIL UPON TRANSFER TO TDCJ TRANSPORTATION DEPT.

— SAID DEPT. IS RESPONSIBLE FOR POLICY WRITING OF POLICY IN QUESTION.

— SAID DEPT. IS RESPONSIBLE FOR PROCEDURE WRITING OF PROCEDURES IN QUESTION.

— SAID DEPT. IS THE CHARGING AUTHORITY IN CASE.

— SAID DEPT. IS RESPONSIBLE FOR PUNISHMENT ENFORCEMENT.

— SAID DEPT. IS THE AUTHORITIVE DEPT. OF APPEALS.

## JURISDICTION OF 1983 ACT RULES

— APPELLANT AND OTHER INMATES HAVE FILED SUITS/COMPLAINTS/APPEALS AGAINST SAID DEPT. YET ACTS SUCH AS MY CASE/COMPLAINT IS PRESENT.

— APPELLANT HAS FILED A COMPLAINT WITHIN JURISDICTION OF RULES IN APPEALS 5TH CIRCUIT AGAINST SAID DEPT.

— APPELLANT IS A PERSON IN STATE CUSTODY.

— CT. RULINGS AND ORDERS AND JUDGMENTS AGAINST DEPT. IMPOSED WITHIN RULES JURISDICTION.

## COMPLAINT

APPELLANT WAS IN THE DAYROOM AT NIGHT SHIFT B CARD (2-B) AND A CELL SEARCH WAS CONDUCTED BY A SARGENT AND 2 FEMALE OFFICERS

Appellant observed an officer remove a bowl appellant had in the cell with food in it. Officer wrote appellant a case for possession of achoholic beverage. To include on the case it clearly states bag of fruit. not achohol- Appellant disputed the charge and was still found guilty. To include the bowl that was confiscated. TDCJ disciplinary dept. Allows officers to write cases such as mine and find them guilty of a charge that isnt in the evidence. Example. Bag of fruit, is within in my case, not acho alcholdic substance, paviphanalia, mutual to distile, ECT. They wrote exactly what was confiscated bag of fruit. It is not against rules to store food for later consumption, I was in the dayroom. Yet still found guilty for possession of something that was not found or present.

This violates, Due course iprocess of law, cruel & unusual punishment, violations of TDCJ Rules and procedures of evidence, discription of a charge to include rules violation by hearing officer, substitute counsel. No assistance from none of them, ineffective assistance of counsel, unfair trial and insuffecient evidence.

Furthermore, the denial to right to appeal. By time regulations of appeals disrupts my right to appeal. Sometimes all evidence is not accessable, presentable or because everyone is down with such act, an out of time appeal option is needed cause captin (hearing officer), substitute counsel wont be there for even and someone can appeal without prejudice. later.

<u>Relief</u>

Remove case from record, adjust line class, good time - work time As if case never happend.

For the record identify the bowl food was in and identify it as confiscated and not retuined nor confiscation papers given.

Respectfully submitten,